NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MANNATECH, INC.,**
*Plaintiff-Appellee*

v.

**WELLNESS QUEST, LLC, HARLEY REGINALD MCDANIEL,**
*Defendants-Appellants*

---

2016-1295

---

Appeal from the United States District Court for the Northern District of Texas in No. 3:14-cv-02497-N, Judge David C. Godbey.

---

**JUDGMENT**

---

ERIC WOLF PINKER, Lynn Pinker Cox & Hurst LLP, Dallas, TX, argued for plaintiff-appellee. Also represented by JARED DANIEL EISENBERG, MARK EDWARD TURK.

NICOLE W. STAFFORD, Wilson, Sonsini, Goodrich & Rosati, PC, Austin, TX, argued for defendants-appellants. Also represented by ADEN M. ALLEN, OLIN RAY HEBERT, III; THEODORE G. BAROODY, Carstens & Cahoon, L.L.P., Dallas, TX.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| August 5, 2016 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |